UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62409-CIV-DIMITROULEAS/SNOW

**NATURE'S PRODUCTS, INC.,**
**Plaintiff,**
v.
**NATROL, INC.,**
**Defendant.**
_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 411**

Nature's Products, Inc. ("NPI") hereby gives notice of striking Docket Entry 411.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Anthony Robinson
Anthony Robinson
General Counsel
Nature's Products, Inc.
1301 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Telephone: (954) 233-3300 x1235
Email: anthonyr@natures-products.com

        GRAYROBINSON, P.A.
*Counsel for Defendant Nature's Products, Inc.*
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887
Christopher.Johnson@gray-robinson.com
Darlene.hernandez@gray-robinson.com
By: */s/* Christopher N. Johnson
      Christopher N. Johnson
      FBN: 69329