UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 11-62409-CIV-DIMITROULEAS/SNOW**

NATURE'S PRODUCTS, INC.,

    Plaintiff,

v.

NATROL, INC.,

    Defendant.

_____/

**ORDER APPROVING
PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY 411**

THIS CAUSE is before the Court on Plaintiff's Notice of Striking Docket Entry 411. The Court having reviewed the file and being fully advised in this matter, it is hereby ORDERED AND ADJUDGED as follows:

**1. Approved. Docket Entry 411 is hereby stricken.**

DONE AND SIGNED in Chambers, at Fort Lauderdale, Broward County, Florida this ____ Day of June, 2014

                                                                          _____
                                                                          WILLIAM P. DIMITROULEAS
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record