UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62409-CIV-DIMITROULEAS/SNOW

NATURE'S PRODUCTS, INC.,

    Plaintiff/Counter Defendant,

vs.

NATROL, INC.,

    Defendant/Counter Claimant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court *sua sponte*, upon the Court's resolution of all remaining issues.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Nature's Products, Inc. and against Defendant Natrol, Inc. as to Count I (Breach of Contract), as to non-recalled protein powder products, in the amount of $747,433.93;

2. Judgment is hereby entered in favor of Defendant Natrol, Inc. and against Plaintiff Nature's Products, Inc. as to Count II (Unjust Enrichment);

3. With respect to the counterclaims, judgment is hereby entered in favor of Counter-Plaintiff Natrol, Inc. and against Counter-Defendant Nature's Products, Inc. as to Count I (Breach of Contract), Count II (Breach of Express Warranty), and Count III (Breach of Implied Warranty of Merchantability) in the amount of $3,272,705.00;

4. Judgment is hereby entered in favor of Counter-Defendant Nature's Products, Inc.

and against Counter-Plaintiff Natrol, Inc. as to Count IV (Breach of Implied Warranty of Fitness for a Particular Purpose), Count V (Breach of Florida Deceptive and Unfair Trade Practices Act), and Count VI (Civil Remedies for Violations of Lanham Act);

5. The damages awarded to Nature's Products, Inc. shall include pre-judgment interest at the rate of 18% per annum;

6. NPI is awarded a total of $383,843.72 (25% of $1,535,374.90) for attorneys' fees and non-taxable costs;

7. Natrol is awarded a total of $1,225,845.75 (75% of $1,634,461.36) for attorney's fees and non-taxable costs. Reduced by the amount awarded to NPI, Natrol's award for attorneys' fees and non-taxable costs is $842,002.03;

8. The parties are directed to file agreed calculations as to the final judgments entered in favor of each party, based on the provisions above, on or before **March 26, 2015**, with which the Court will issue an Amended Final Judgment; and

9. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record